1042

[No. 6399–1. Division One. June 4, 1979.]

GARY D. LOVING, *Appellant,* v. WARREN E. HANSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 48499, Walter J. Deierlein, Jr., J.,
entered February 27, 1978. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by James and Andersen,
JJ.

[No. 6464–1. Division One. June 4, 1979.]

JOAN WIERLESKI, *Respondent,* v. HILDEGARDE VINCENT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 826604, Norman B. Ackley, J., entered March
28, 1978. *Affirmed* by unpublished opinion per Farris, J.,
concurred in by Williams and Ringold, JJ.

[No. 6549–1. Division One. June 4, 1979.]

JAMES T. STEWART, *Respondent,* v. GUARANTY MORTGAGE
COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 838934, Eugene G. Cushing, J., entered April
13, 1978. *Affirmed* by unpublished opinion per Farris, J.,
concurred in by Williams and Ringold, JJ.

[No. 3622–2. Division Two. June 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
A. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3618, Terence Hanley, J., entered June 5,
1978. *Dismissed* by unpublished opinion per Pearson, C.J.,
concurred in by Reed and Soule, JJ.